Case 1:19-mj-03192-JG Document 1 Entered on FLSD Docket 07/29/2019 Page 1 of 1

19-3192-MJ-GOODMAN

FILED BY YR D.C.
Jul 29, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**U.S. Department of Justice**
*United States Attorney*
*Southern District of Florida*

99 N.E. 4 Street
Miami, FL 33132
(305) 961-9008

July 26, 2019

Dear Mr. Aruam Gonzalez:

This is to inform you that you are currently the target of a Federal investigation underway in the Southern District of Florida, Miami Division. At this time, we are investigating allegations of violations of Title 21, United States Code, Sections 846 (conspiracy to possess cocaine with the intent to distribute) and 963 (conspiracy to import cocaine into the United States).

I am handling the prosecution of this matter and am preparing to present an indictment to the grand jury.

If prior to indictment, you would like to discuss this matter or the possibility of settling this matter through plea negotiations, please contact or have legal counsel on your behalf contact me at 305-961-9008. Should you wish to discuss this matter, it is imperative that you contact me as soon as possible.

Sincerely,

ARIANA FAJARDO ORSHAN
United States Attorney

By: _____
Kurt Lunkenheimer
Assistant United States Attorney